(16 Misc. Rep. 365.)          DAVIS v. BONN.

(Supreme Court, Appellate Term, First Department.  March 27, 1896.)

Motion by defendant for reargument or leave to appeal.  Motion denied.

For former opinion, see 34 N. Y. Supp. 465.

Argued before DALY, P. J., and McADAM and BISCHOFF, JJ.

Fromme Bros., for the motion.

Manheim & Manheim, opposed.

PER CURIAM.  The chief ground of the application is that we disposed of the case upon a point not raised in the court below nor discussed in its opinion.  It was, however, called to the attention of counsel upon the argument before us, and was suggested by the facts in evidence.  The testimony which it is claimed was overlooked would not alter the result.  The questions of law involved arise upon facts peculiar to this case, and do not appear to be of general interest, or to affect any other pending or probable litigation.

For these reasons, and those assigned in Hand v. Rogers (Sup.) 38 N. Y. Supp. 2, and Lynch v. Sauer (Sup.) 38 N. Y. Supp. 1 (opinions filed this day), the motion is denied, with $10 costs.

---

GLEASON v. THOM et al.

(Supreme Court, Appellate Term, First Department.  March 27, 1896.)

Motion for reargument, or for leave to appeal to the appellate division.  Denied.

For former report, see 35 N. Y. Supp. 1107.

Argued before DALY, P. J., and McADAM and BISCHOFF, JJ.

J. T. Davies and B. Tolles, for the motion.

L. J. Morrison, opposed.

PER CURIAM.  For the reasons assigned in Hand v. Rogers (Sup.) 38 N. Y. Supp. 2, and Lynch v. Sauer, Id. 1, opinions this day filed, the motion will be denied, with $10 costs.

---

STEWART v. ARENDT.

(Supreme Court, Appellate Term, First Department.  March 27, 1896.)

Action by John Stewart against Simon Arendt.  A judgment for defendant was affirmed without written opinion.  Plaintiff moves for reargument or for leave to appeal to the appellate division.  Denied.

Argued before DALY, P. J., and McADAM and BISCHOFF, JJ.

H. A. Sperry, for the motion.

D. P. Mahony, opposed.

PER CURIAM.  For the reasons assigned in Hand v. Rogers (Sup.) 38 N. Y. Supp. 2, and Lynch v. Sauer, Id. 1, in which opinions were this day filed, the motion will be denied, with $10 costs.